```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 24945
  JANE ELLEN CUNNINGHAM
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-3517
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/02/04 and confirmed on 08/27/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  46260.00 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE MANHATTAN AUTOMOTI | SECURED | 2600.00 | 44.64 | 2600.00 |
| JP MORGAN CHASE BANK | UNSECURED | 20120.35 | .00 | 13348.56 |
| SMC | UNSECURED | 1308.99 | .00 | 868.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7060.57 | .00 | 4684.23 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 602.48 | .00 | 399.71 |
| DISCOVER BANK | UNSECURED | 5947.61 | .00 | 3945.86 |
| FIRST EXPRESS | UNSECURED | 509.70 | .00 | 338.15 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE DELAWARE | UNSECURED | 14559.91 | .00 | 9659.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2681.95 | .00 | 1779.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6136.34 | .00 | 4071.07 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 533.80 | .00 | 354.14 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 2600.00 | .00 | 59461.70 | .00 | 62061.70 |
| PRINCIPAL PAID | 2600.00 | .00 | 39449.01 | .00 | 42049.01 |
| INTEREST PAID | 44.64 | .00 | .00 | .00 | 44.64 |
| TOTAL PAID | 2644.64 | .00 | 39449.01 | .00 | 42093.65 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $  2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1966.35 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/16/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```